# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:21-cr-00201-10 |
| ERRICK MAYFIELD. | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Government's Motion to Dismiss With Prejudice (Doc. No. 805). Defendant is charged in the Superseding Indictment as a co-conspirator in Count One and as a co-defendant in Count Nine. The motion is **GRANTED,** and the charges in the Superseding Indictment against Errick Mayfield are **DISMISSED WITH PREJUDICE**.

The U.S. Marshal shall bring Mr. Errick Mayfield to Nashville, Tennessee as soon as reasonably possible for release.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE